IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00481-BNB

TIMOTHY DOYLE YOUNG,

Applicant,

v.

WARDEN WILEY, Bureau of Prisons, United States,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -3 2009

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Applicant Timothy Doyle Young, a federal prisoner housed in the State of Colorado, initiated this action on February 26, 2009, by submitting to the Court a pleading titled, "Habeas Corpus 28 USC § 2241." On March 30, 2009, Mr. Young filed a pleading titled, "Dismissal F. R. Civ. P. #41(a)(1)(i." In the March 30, 2009, pleading, Mr. Young states that he is forced to dismiss the action because of retaliation, continuing threats, and actions against his personal security. The Court must construe the March 30, 2009, pleading liberally because Mr. Young is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Fed. R. Civ. P. 41(a)(1)(A) provides that "the [applicant] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Respondent in this action. Further, a voluntary dismissal under Rule 41(a)(1) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

Therefore, the Court will construe the pleading as a Notice of Dismissal filed pursuant to Rule 41(a)(1) and close the file as of March 30, 2009. *See Hyde Constr. Co.*, 388 F.2d at 507. To the extent that Mr. Young raises conditions of confinement claims in the Affidavit that he has attached to the Notice of Dismissal, the claims more properly are raised in a prisoner complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Mr. Young is reminded that he remains subject to 28 U.S.C. § 1915(g), with respect to filing prisoner complaints. Accordingly, it is

ORDERED that the March 30, 2009, pleading is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and is effective as of March 30, 2009, the date Mr. Young filed the Notice in this action. It is

FURTHER ORDERED that the voluntary dismissal is without prejudice.

DATED at Denver, Colorado, this 2 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00481-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/3/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk